JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa McGinnis, ) | CASE NO.SACV 08-814-JVS(MLGx) |
| Plaintiff, ) | ORDER OF DISMISSAL UPON |
| v. ) | SETTLEMENT OF CASE |
| Capital One, etc., et al., ) | |
| Defendant(s). ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: August 25, 2008

_____
James V. Selna
United States District Judge